IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3110 |
| vs. | ORDER |
| SHAWN D. HUNTINGTON, | |
| Defendant. | |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue (filing 59) is granted.

2. Defendant Shawn D. Huntington's sentencing is continued to May 8, 2019, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 11th day of April, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge