IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAWN D. HUNTINGTON, <br><br> Defendant. | 4:18CR3110 <br><br> **AMENDED** ORDER |

Provided Defendant is not subject to any active warrants, Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 11:30 a.m. on February 15, 2024.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

Dated this 17th day of November, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge